**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**COURTNEY CAE HUFF ROSS**                                                              **PLAINTIFF**

**v.**                                        **Case No. 5:18-cv-00177-KGB**

**RAY VANCE,** *et al*.                                                                 **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Courtney Cae Huff Ross' complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So ordered this 27th day of December, 2018.

_____
Kristine G. Baker
United States District Judge